WOODWARD *v.* WOODWARD *et al.*

REID, Chief Justice. Counsel fees are allowed to the wife as a part of "expenses of litigation" pending an action for divorce or a suit by the wife for permanent alimony. Code, § 30-202. "In all cases where an application for alimony is granted or refused, the bill of exceptions 'shall be tendered and signed within twenty days from the rendition of the decision.'" *Clark* v. *Clark,* 165 *Ga.* 383 (140 S. E. 847); Code, § 6-903; *Walker* v. *Walker,* 178 *Ga.* 663 (173 S. E. 828). In the instant case, no final judgment being excepted to, and the bill of exceptions assigning error on the interlocutory order award-

ing counsel fees having been presented more than twenty days after such order, the motion to dismiss must be sustained.

*Writ of error dismissed. All the Justices concur.*

No. 14109. MAY 21, 1942.

*Kenneth A. Campbell* and *Ralph R. Quillian*, for plaintiff in error.